# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

ALICE MANLEY,                                    Civil No. 22-1785 (JRT/DTS)

    Plaintiff,

v.                                                  **ORDER**

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendant.

---

    Annie Surbaugh, Zachary Schmoll, **FIELDS LAW FIRM,** 9999 Wayzata Boulevard, Minnetonka, MN 55305, for plaintiff.

    United States Magistrate Judge David T. Schultz filed a Report and Recommendation on December 12, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

    The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

    **IT IS HEREBY ORDERED**: this matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  January 5, 2023
at Minneapolis, Minnesota.

                                            _____
                                            JOHN R. TUNHEIM
                                            United States District Judge